■ JOHN LEDES et al., Appellants, v ADVERTISING CHECKING BUREAU, INC., Respondent.—Order, Supreme Court, New York County (Martin Evans, J.), entered on or about August 12, 1985, unanimously affirmed. Respondent shall recover of appellants $50 costs and disbursements of this appeal. The motion by defendant-respondent to dismiss the aforesaid appeal is denied. No opinion. Concur—Murphy, P. J., Carro, Asch, Milonas and Rosenberger, JJ.

■ In the Matter of VIOLET S. YARON, Respondent, v NISSIM M. YARON, Appellant. COMMISSIONER OF SOCIAL SERVICES, as Assignee of Respondent.—Order, Family Court of the State of New York, New York County (Elrich Eastman, J.), entered on or about May 13, 1985, and order of said court (Ruth Zuckerman, J.), entered on or about July 21, 1986, unanimously affirmed. Assignee of petitioner-respondent shall recover of appellant one bill of $75 costs and disbursements of these appeals. Motion by respondent-appellant to strike the brief of assignee of petitioner-respondent denied. No opinion. Concur— Murphy, P. J., Carro, Asch, Milonas and Rosenberger, JJ.

■ NORMAN STEISEL, as Commissioner of the Department of Sanitation of the City of New York, et al., Respondents, v CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK, Respondent, and JOHN DITTA, Appellant.—Judgment, Supreme Court, New York County (Irving Kirschenbaum, J.), entered on or about November 25, 1985, unanimously affirmed, without costs and without disbursements. *(See, New York City Dept. of Sanitation v New York City Civ. Serv. Commn.,* 114 AD2d 320.) No opinion. Concur—Murphy, P. J., Carro, Asch, Milonas and Rosenberger, JJ.